NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

STEPHEN M. LOBBIN
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037

ATTORNEY(S) FOR: Display Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Display Technologies, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:22-cv-00062 |
| v. | |
| Etekcity Corporation | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff, Display Technologies, LLC_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Patent Asset Management, LLC | Related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case. |

January 12, 2022                         /s/ Stephen M. Lobbin
Date                                             Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Display Technologies, LLC