STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Display Technologies, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ETEKCITY CORPORATION, <br><br> *Defendant*. | CASE NO.: 8:22-cv-00062-CJC-KES <br><br> **PATENT CASE** <br><br> **JOINT STIPULATION OF DISMISSAL** |

   Plaintiff Display Technologies, LLC, and Defendant Etekcity Corporation, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

   1.   All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

   2.   Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

   This Stipulation and Order shall finally resolve the Action between the parties.

Dated: February 4, 2022

Respectfully submitted,

<u>/s/Stephen M. Lobbin</u>
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

<u>/s/Rodeen Talebi</u>
Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099
Email: talebi@fr.com

Neil J. McNabnay (*Pro Hac Vice*)
mcnabnay@fr.com
Ricardo J. Bonilla (*Pro Hac Vice*)
rbonilla@fr.com
Aaron P. Pirouznia (*Pro Hac Vice*)
pirouznia@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

***Attorney(s) for Defendant***

JOINT STIPULATION OF DISMISSAL