Name and address:

Neil J. McNabnay
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>ETEKCITY CORPORATION<br><br>Defendant(s), | CASE NUMBER<br><br>8:22-cv-62-CJC-KES | |
| | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

McNabnay, Neil J.
*Applicant's Name (Last Name, First Name & Middle Initial)*      check here if federal government attorney ☐

Fish & Richardson P.C.
*Firm/Agency Name*

1717 Main Street           (214) 747-5070            (214) 747 2091
Suite 5000                 *Telephone Number*         *Fax Number*
*Street Address*

Dallas, Texas 75201                                  mcnabnay@fr.com
*City, State, Zip Code*                              *E-mail Address*

**I have been retained to represent the following parties:**

Etekcity Corporation           ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
                               ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of Texas | 11/07/1997 | Yes |
| USDC EDTX | 12/07/2007 | Yes |
| USDC NDTX | 1/13/1998 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:20-cv-02113 | Social Positioning Input Systems, LLC v. Lytx, Inc. | 4/21/2021 | Granted |
| 2:20-cv-03013 | Aristors Licensing LLC v SnapComms, Inc. | 5/8/2021 | Granted |
| 2:20-cv-03471 | CTAF Solutions, LLC v. Rainbow Aircraft, Inc. | 6/11/2020 | Granted |
| 8:20-cv-01434 | Magnacross LLC v Iogear, Inc. | 9/2/2020 | Granted |
| 8:20-cv-01257 | Battery Conservation Innovations, LLC v Iogear, Inc. | 9/2/2020 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  [X] Yes   [ ] No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  [X] Yes   [ ] No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 2, 2022

Neil J. McNabnay
*Applicant's Name (please type or print)*

*/s/ Neil McNabnay*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Talebi, Rodeen
*Designee's Name (Last Name, First Name & Middle Initial)*

Fish & Richardson P.C.
*Firm/Agency Name*

633 West Fifth Street

26th Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

(213) 533-4240
*Telephone Number*

(858) 678-5099
*Fax Number*

talebi@fr.com
*E-mail Address*

320392
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  February 2, 2022

Rodeen Talebi
*Designee's Name (please type or print)*

*/s/ Rodeen Talebi*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Supplemental Responses for Court Admissions:

Southern District of Texas - admitted 12/11/2001
Western District of Texas - admitted 04/04/2002
District of Colorado - admitted 12/11/2019
Northern District of Illinois - admitted 08/26/2013
Eastern District of Michigan - admitted 10/14/2016
Western District of Michigan - admitted 08/08/2006
Eastern District of Wisconsin - admitted 08/15/2017
Western District of Wisconsin - admitted 04/17/2017
International Trade Commission - admitted 11/24/2014
United States Court of Appeals for the Federal Circuit - admitted 02/09/2012

Supplemental Responses for pro hac vice admissions in this Court:

| Case Number | Title of Action | Date of Application | Granted/Denied? |
|---|---|---|---|
| 8:19-cv-01660 | Modern Font Applications LLC v. The Habit Restaurants, LLC | 10/11/2019 | Granted |
| 8:20-cv-01256 | Symbology Innovations, LLC v. Universal Electronics, Inc. | 9/2/2020 | Granted |
| 5:20-cv-02113 | Scanning Technologies Innovations, LLC v. Alvarado Mfg. Co., Inc. | 11/24/2020 | Granted |
| 2:20-cv-11287 | Display Technologies, LLC v Paedae, Inc. | 4/6/2021 | Granted |
| 2:21-cv-00519 | Social Positioning Input Systems, LLC v ClearPath GPS, Inc. | 4/22/2021 | Granted |
| 2:21-cv-2620 | Scanning Technologies Innovations, LLC v Night Out, Inc. | 5/19/2021 | Granted |
| 2:21-cv-05656 | Social Positioning Input Systems, LLC v SquareGPS, Inc. | 8/31/2021 | Granted |
| 5:20-cv-2209 | Social Positioning Input Systems, LLC v ESRI Global, Inc. | 3/15/2021 | Granted |
| 2:19-cv-10847 | Symbology Innovations, LLC v Public Storage | 2/19/2020 | Granted |
| 8:21-cv-1009 | Venkee Communications, LLC v Ubiquity Networks, Inc. | 9/20/2021 | Granted |
| 2:21-cv-9614 | Display Technologies, LLC v iSens USA, Inc. | 1/18/2022 | Granted |